### ROBB v. CITY OF NEW YORK.

(Supreme Court, Appellate Division, First Department. June 28, 1912.)

Appeal from Appellate Term.

Action by Thomas Robb against the City of New York. From a determination of the Appellate Term affirming a judgment of the Municipal Court in favor of plaintiff, defendant appeals by permission. Reversed, and new trial granted.

Argued before INGRAHAM, P. J., and McLAUGHLIN, LAUGHLIN, CLARKE, and SCOTT, JJ.

Loyal Leale, of New York City, for appellant.
S. John Block, of New York City, for respondent.

PER CURIAM. For the reasons stated in Collins v. City of New York, 136 N. Y. Supp. 648 (decided herewith), the determination

of the Appellate Term and the judgment of the Municipal Court are reversed, and a new trial granted, with costs in all courts to the appellant to abide the event.